

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,462-01

**IN RE WARREN LABON DAVIS, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. W08-51421-Y(A) IN CRIMINAL DISTRICT COURT NO. 7
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in Criminal District Court No. 7, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

Respondent, the Judge of Criminal District Court No. 7, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will

be held in abeyance until Respondent has submitted her response.

Filed: August 26, 2015
Do not publish